

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

November 20, 2023

**VIA ECF**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   *Re:* *Collado v. JS Food & Grocery Corp. et al.*
      *Eastern District Case No.: 23-cv-06617-LDH-CLP*

Dear Magistrate Pollak:

  This office represents the Plaintiff in the above-referenced matter. Pursuant to the Court's October 23, 2023 Order, this office hereby advises that it intends to file a motion for a default judgment on behalf of Plaintiff based on Defendants' failure to appear in the action.

  Should the Court need any additional information, we will promptly provide same. Thank you for your time and courtesies.

            Respectfully submitted,
            Law Offices of Yale Pollack, P.C.

            */s/ Yale Pollack*
            Yale Pollack, Esq.